No. 701, Misc.   AYERS v. CALIFORNIA.   C. A. 9th Cir. Certiorari denied.

No. 702, Misc.   ROGERS v. STANLEY, STATE HOSPITAL DIRECTOR.   C. A. 2d Cir.   Certiorari denied.

No. 703, Misc.   MALBRUE v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 704, Misc.   JORDAN v. KAMP ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 715, Misc.   BROWN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *John M. Hollis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 719, Misc.   GIULIANO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Thomas F. Campion* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 720, Misc.   DISPENZA v. LAVALLEE, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 724, Misc.   SUMRALL ET AL. v. UNITED STATES. C. A. 10th Cir.   Certiorari denied.   *Emmett Colvin, Jr.,* for petitioners.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 725, Misc.   SWILLING v. SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.